IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:15-MC-3713-WKW |
| | ) | |
| DONNIE ANDERSON | ) | |

## **ORDER**

On June 15, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 15.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED:

(1)  The Recommendation (Doc. # 15) is ADOPTED;

(2)  Defendant's Motion to Quash Writ of Execution (Doc. # 6) is DENIED.

DONE this 6th day of July, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE